ELECTRONICALLY FILED
COURT OF COMMON PLEAS
Thursday, June 1, 2023 1:49:58 PM
CASE NUMBER: 2023 CV 02828 Docket ID: 842112382
Mike Foley
CLERK OF COURTS MONTGOMERY COUNTY OHIO

# IN THE COMMON PLEAS COURT OF MONTGOMERY COUNTY
## CIVIL - NEW COMPLAINT

**Plaintiff:** DASHALAHN BROWN
952 Brunswick Dr.
Dayton, OH 45424

**Case No.:** _____

**Defendant:**
Judge Denise Cross
Dr. John Hollins
Wright Patterson Airforce Base AFIZZ Sensors Directorate et. al

**Judge:** _____

**Pleading:** Complaint

**What do you want from the Court?**

I would like for the court to honor my request to file my civil complaint against the parties listed as defendants for violating my civil + human rights and also for misusing there positions of power for corruption towards me directly + indirectly along with whistleblower claims and retaliations. (the breaking laws)

**What do you want to happen?**

I'm demanding justifications and to be rewarded financial compensations, and I'm demanding that these parties end the investigation towards me directly by using falsified documents and my inactive security clearance investigation information without having any legal authority and they don't have my personal permission authorization consent and I was never told about this situation and I never received my due diligences.

**MANDATORY CONTACT INFORMATION:**

Name: Ms Dashalahn Brown
Address: 952 Brunswick Dr.
Address: Dayton, OH 45424
Phone Number: (937) 993-2192
Email Address: bcasha73.9@hoo.com