UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| DASHALAHN BROWN, | |
| Plaintiff, | Case No. 3:23-cv-181 |
| vs. | |
| ADMINISTRATIVE JUDGE DENISE CROSS, *et al.*, | District Judge Michael J. Newman<br>Magistrate Judge Caroline H. Gentry |
| Defendants. | |

**NOTICE TO PRO SE PLAINTIFF UPON FILING OF DISPOSITIVE MOTION (Doc. No. 11)**

You are hereby notified that Defendant Wright Patterson Air Force Base has filed a motion to dismiss this case pursuant to Fed. R. Civ. P. 12(b)(1) and (b)(6). Doc. No. 11. You should receive a copy of the motion directly from this Defendant via regular mail.

Your response to this motion must be filed not later than twenty-four (24) days after the motion was filed with the Court and must conform to the requirements of Fed. R. Civ. P. 12. When you file your response, you must include a certificate confirming that you have served your response on *all* parties in the case. Please consult the Court's [Pro Se Guide for Civil Litigants](#) for guidance as you respond to this motion. *See* United States District Court for the Southern District of Ohio, *A Guide for Pro Se Civil Litigants: Representing Yourself in the United States District Court for the Southern District of Ohio* (2017), https://www.ohsd.uscourts.gov/pro-se-handbook.

If you fail to file a timely response to Defendant Wright Patterson Air Force Base's motion to dismiss, its motion may be granted and your claims against it may be dismissed.

| | |
|---|---|
| August 1, 2023 | s/ Michael J. Newman<br>Hon. Michael J. Newman<br>United States District Judge |