# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Dashalahn Brown ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:23-cv-00181 |
| Administrative Judge Denise Cross, et al., ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: GRANTING DEFENDANT WRIGHT PATTERSON AIR FORCE BASE'S MOTION TO DISMISS; GRANTING DEFENDANT CROSS'S RENEWED MOTION TO DISMISS; DISMISSING THE CASE AGAINST DEFENDANT HOLLINS; TERMINATING THIS CASE ON THE DOCKET.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Michael J. Newman on a motion for Dismiss

Date: 2/16/2024

CLERK OF COURT

*Sophia R. Bryan*
Signature of Clerk or Deputy Clerk